IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of CONVERGENT TECHNOLOGIES, LLC, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 119-115 |
| TL SERVICES, INC. d/b/a TLS CONTRACTING, INC. and JOHN DOE INSURANCE COMPANY, | * * * * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's notice of dismissal with prejudice. (Doc. 5.) Plaintiff filed the notice prior to Defendants having served either an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines, if any, and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of September, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA